**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

JACKYE WINTERBOTTOM,　　　)
　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　)
　v.　　　　　　　　　　　　) 　Case No. CIV-14-1146-D
　　　　　　　　　　　　　　)
CAROLYN W. COLVIN,　　　　)
Acting Commissioner of the　 )
Social Security Administration, )
　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　 )

## **ORDER**

Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) for review of the Defendant Commissioner of the Social Security Administration's final decision denying Plaintiff's application for disability insurance benefits and supplemental security income under the Social Security Act. The matter was referred to United States Magistrate Judge Bernard M. Jones for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B). The parties fully briefed their respective positions and, on September 14, 2015, the Magistrate Judge filed his Report and Recommendation [Doc. No. 23] in which he recommended that the Court affirm the Commissioner's decision.

In his Report and Recommendation, the Magistrate Judge advised the parties of the right to file objections to the same and directed the parties to file any objections

no later than October 5, 2015. *See* Report and Recommendation at 11. The Magistrate Judge further admonished the parties that failure to timely object would constitute a waiver of the right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *Id*. The deadline for filing objections has expired and to date, neither party has filed objections or sought an extension of time in which to do so. Accordingly, the Report and Recommendation [Doc. No. 23] is **ADOPTED** as though fully set forth herein.

IT IS THEREFORE ORDERED that the decision of the Commissioner denying Plaintiff's application for disability insurance benefits and supplemental security income is **AFFIRMED**.

IT IS SO ORDERED this 14th day of October, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE